FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GEOFF JONES, a single man,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NCR CORPORATION, a foreign corporation,<br><br>　　　　　　　Defendant. | NO: 2:17-CV-244-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE THE COURT** is the parties' Stipulation of Dismissal with Prejudice, ECF No. 15.  Having reviewed the Stipulation and the record, the Court finds good cause to approve dismissal.  Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation of Dismissal with Prejudice, **ECF No. 15**, is **APPROVED**.

2. Plaintiff's Complaint, ECF No. 1, is dismissed with prejudice and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** June 1, 2018.

                                     *s/ Rosanna Malouf Peterson*
                                 ROSANNA MALOUF PETERSON
                                     United States District Judge